UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:26-cv-00285 JAK (ADS)                    Date:  February 25, 2026

Title:  *Carlos Eduardo Rojas v. Mark Bowen, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):        Attorney(s) Present for Respondent(s):
None Present                                                  None Present

**Proceedings:**         **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: MOOTNESS**

On January 21, 2026, Petitioner Carlos Eduardo Rojas, an immigration detainee proceeding pro se, filed a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (the "Petition") and a Motion for Temporary Restraining Order in Support of Pending Habeas Corpus Petition (the "Motion"). (Dkt. Nos. 1, 2.) The Petition seeks an order requiring Respondents to immediately release Petitioner from ICE custody or, alternatively, to provide Petitioner with an individualized bond hearing before an immigration judge. (Dkt. No. 1 at 4-5.) On February 3, 2026, the Court granted the Motion in part and ordered Respondents to provide Petitioner with an individualized bond hearing before an immigration judge within seven days. (Dkt. No. 10.) Respondents represent Petitioner was released from ICE custody on February 22, 2026. (Dkt. No. 16.) Respondents contend Petitioner's release moots the Petition. (Id.)

"A case becomes moot when interim relief or events have deprived the court of the ability to redress the party's injuries." United States v. Alder Creek Water Co., 823 F.2d 343, 345 (9th Cir. 1987); see also NASD Disp. Resol., Inc. v. Jud. Council, 488 F.3d 1065, 1068 (9th Cir. 2007) (finding appeal to be moot when the plaintiffs had already been granted the relief they sought). Courts have an obligation to consider mootness sua sponte and should deny requested relief where it is superfluous. In re Burrell, 415 F.3d 994, 997 (9th Cir. 2005). The "basic question in determining mootness is whether

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:26-cv-00285 JAK (ADS)                      Date:  February 25, 2026

Title:  *Carlos Eduardo Rojas v. Mark Bowen, et al.*

there is a present controversy as to which effective relief can be granted." Nw. Envtl. Def. Ctr. v. Gordon, 849 F.2d 1241, 1244 (9th Cir. 1988).

Here, Petitioner has been released from ICE custody.  The Court orders Petitioner to show cause in writing why the Petition should not be dismissed as moot by no later than March 27, 2026.  Petitioner must substantively specify what claims, if any, remain pending, the relief sought, and the factual and legal basis for each claim.  Respondents must substantively respond to the claims Petitioner contends remain by no later than April 10, 2026.  Petitioner may file a reply by no later than April 15, 2026.

**IT IS SO ORDERED.**

Initials of Clerk kh