UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:26-cv-00285 JAK (ADS)                    Date:  April 1, 2026

Title:  *Carlos Eduardo Rojas v. Mark Bowen, et al.*

Present:  The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):          Attorney(s) Present for Respondent(s):
None Present                                                    None Present

**Proceedings:**          **(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING DISMISSAL**

Before the Court is a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (the "Petition") filed by Petitioner Carlos Eduardo Rojas.  (Dkt. No. 1.)  On February 25, 2026, the Court issued an Order to Show Cause Re: Mootness.  (Dkt. No. 19.)  The Court ordered Petitioner to file a written response by March 27, 2026. (Id.)  The deadline has passed, and Petitioner has not filed a response to the OSC or otherwise communicated with the Court.  In addition, on three occasions mail sent to Petitioner's address of record was returned to the Court.  (Dkt. Nos. 20, 21, 22.)

By no later than April 15, 2026, Petitioner is ordered to show cause in writing why this action should not be dismissed for failure to prosecute the Petition and follow court orders.  Petitioner may respond to this Order by filing: (1) the written response required by the Order to Show Cause Re: Mootness and (2) a Notice of Change of Address.  If Petitioner no longer desires to pursue this action, Petitioner may also request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a).  The Clerk of Court is directed to attach a Notice of Dismissal Form (CV-009) to this Order for Petitioner's convenience.

**Petitioner is hereby cautioned that failing to comply with this Order will result in the recommendation that this action be dismissed for failure**

---

CV-90 (03/15) – SP                    Civil Minutes – General                    Page **1** of **2**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:26-cv-00285 JAK (ADS)                    Date:  April 1, 2026

Title:  *Carlos Eduardo Rojas v. Mark Bowen, et al.*

**to prosecute, obey Court orders pursuant to Federal Rule of Civil Procedure 41(b), and comply with the Court's Local Rules.**

     **IT IS SO ORDERED.**

Initials of Clerk <u>kh</u>

---